In the Matter of CINIA E. BILES, Respondent, v MICHAEL S. BILES, Appellant. [17 NYS3d 374]—The case is held, the decision is reserved, the motion to relieve counsel of assignment is granted and new counsel is to be assigned. Memorandum: By order entered August 26, 2014, upon respondent's default, Family Court granted sole custody of the subject children to petitioner. Respondent's assigned appellate counsel has moved to be relieved of the assignment on the ground that there are no nonfrivolous issues for appeal. We conclude that there is a nonfrivolous issue as to whether Family Court abused its discretion in denying the request by respondent's trial counsel for an adjournment (see Tun v Aw, 10 AD3d 651, 652 [2004]). We therefore relieve appellate counsel of his assignment and assign new counsel to brief this issue, as well as any other issues that counsel's review of the record may disclose. (Appeal from an Order of Family Court, Oneida County, Randal B. Caldwell, J.—Custody). Present—Scudder, P.J., Smith, Lindley, Valentino and Whalen, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIZABETH L. WHITE, Appellant. [17 NYS3d 375]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from a Judgment of Ontario County Court, Craig J. Doran, J.—Attempted Burglary, 3rd Degree). Present—Scudder, P.J., Smith, Lindley, Valentino and Whalen, JJ.

(October 9, 2015)

PETER E. GREVELDING, JR., as Executor of JASON M. RHOADES, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 109855.) (Appeal No. 1.) [17 NYS3d 668]—Appeal from an order of the Court of Claims (Diane L. Fitzpatrick, J.), entered June 26, 2014. The order awarded claimant money damages after a trial.

It is hereby ordered that said appeal is dismissed without costs (see Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988 [1988]; Chase Manhattan Bank, N.A. v Roberts & Roberts, 63 AD2d 566, 567 [1978]; see also CPLR 5501 [a] [1]).

All concur except Sconiers, J., who is not participating. Present—Smith, J.P., Centra, Peradotto, Sconiers and Whalen, JJ.